No. 01–75. GENTALA ET VIR *v.* CITY OF TUCSON. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Good News Club* v. *Milford*

*Central School*, 533 U. S. 98 (2001).